

# NUMBER 13-14-00738-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## EX PARTE JOHN E. GAITAN, JR.

### On appeal from the 438th District Court
### of Bexar County, Texas.

## MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, the Bexar County Sheriff's Office, filed an appeal from an order granting an expunction entered by the 438th District Court of Bexar County, Texas, in cause number 2014-CI-10474.[1]  Appellant has filed an unopposed motion to withdraw the appeal and requests that this Court withdraw the appeal.

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

The Court, having considered the documents on file and appellant's unopposed motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to withdraw is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
2nd day of April, 2015.